UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POLAR REFRIGERATION & RESTAURANT EQUIPMENT, INC.,<br><br>Defendant. | CASE NO. C18-0044JLR<br><br>ORDER TO SHOW CAUSE |

Before the court is Plaintiffs Northwest Sheet Metal Workers Welfare Fund, Northwest Sheet Metal Workers Pension Fund, and Northwest Sheet Metal Workers Supplemental Pension Trust's (collectively, "Plaintiffs") second amended motion for default judgment against Defendant Polar Refrigeration and Restaurant Equipment, Inc. (Mot. (Dkt. # 15).)

On January 18, 2019, the court denied without prejudice Plaintiffs' amended motion for default judgment. (Order (Dkt. # 14) at 3.) The court also ordered Plaintiffs to file a second amended motion for default judgment within 14 days of the date of that order. (*Id.* at 4.) Plaintiffs filed their second amended motion for default judgment 24 days later, on February 11, 2019. (*See* Mot.; Order at 4.)

Accordingly, the court ORDERS Plaintiffs to show cause within seven days of the date of this order why the court should not deny Plaintiffs' second amended motion for default judgment and dismiss this action for failure to comply with the court's January 18, 2019, order. *See* Fed. R. Civ. P. 41(b). To avoid dismissal of this action, Plaintiffs must (1) explain in detail why they failed to comply with the court's January 18, 2019, order, and (2) demonstrate good cause for their noncompliance. The court warns that, if Plaintiffs fail to timely respond to this order to show cause, the court may dismiss this action with prejudice. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing factors the court must consider in determining whether to dismiss a case for failure to prosecute or comply with a court order).

Dated this 19th day of February, 2019.

*[signature]*

The Honorable James L. Robart
U.S. District Court Judge

ORDER - 2