HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST SHEET METAL WORKERS
WELFARE FUND, et al.,

Plaintiffs,

v.

POLAR REFRIGERATION & RESTAURANT
EQUIPMENT, INC.,

Defendant.

No. 2:18-cv-00044-JLR

[PROPOSED] ORDER GRANTING
DEFAULT JUDGMENT

The court having found good cause for Plaintiffs' failure to comply with the deadline set forth in the court's Jan. 16, 2019, order (see Dkt. #18),

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment (Dkt. #15) is GRANTED and judgment shall be entered in favor of Plaintiffs against Defendant Polar Refrigeration as follows:

(1)   $68,720.76 in employee benefit contributions due for the period April 2017 through February 2018, inclusive, with interest at the rate of 2.69% per annum until paid;

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - No. 2:18-cv-00044-JLR - 1

LAW OFFICES OF
McKanna Bishop Joffe

1635 NW Johnson St.
Portland, OR 97209
(503) 226-6111 · FAX (503) 226-6121

(2) $13,744.14 in liquidated damages for the period April 2017 through February 2018, inclusive, with interest at the rate of 2.69% per annum until paid;

(3) $8,496.69 in pre-judgment interest for the period of April 2017 through February 2018, with interest at the rate of 2.69% per annum until paid;

(4) $3,255.00 in attorneys' fees and $770.96 in costs, with interest at the rate of 2.69% per annum until paid.

DATED this 7th day of March, 2018.

HON. JAMES L. ROBART

Presented by:

s/ Daniel Hutzenbiler
WSBA No. 36938
Attorney for Plaintiffs/McKanna Bishop Joffe
1635 NW Johnson St.
Portland, OR 97209
Telephone: (503) 226-6111
Fax: (503) 226-6121
E-mail: dhutzenbiler@mbjlaw.com

ORDER FOR ENTRY OF DEFAULT
JUDGMENT - No. 2:18-cv-00044-JLR - 2

LAW OFFICES OF
McKanna Bishop Joffe

1635 NW Johnson St.
Portland, OR 97209
(503) 226-6111 · FAX (503) 226-6121